UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
Pensacola _____ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS
### UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

Gayelynn Dilek Brewer

(Enter full name of Plaintiff(s))

vs.

Julie F. Cohen

David J Smith

CASE NO: 3:16cv 652-RV/GRJ
(To be assigned by Clerk)

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I.    PLAINTIFF:

State your full name and full mailing address in the lines below.

Name of Plaintiff: _Gaye Lynn Dileh Brewer_

Mailing address: _257 E Lee # A_
_Pensacola, FL 32503_
_850 6968339_

## II.    DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1)    Defendant's name: _Julie F. Cohenn, JJ_
       Official position: _Clerk_
       Employed at: _U.S Court of Appeals_
       Mailing address: _for the Eleventh Circuit_
       _56 Forsyth St. NW._
       _Atlanta, GA, 30303_

(2)    Defendant's name: _____
       Official position: _____
       Employed at: _____
       Mailing address: _____

(3)    Defendant's name: _David J Smith_
       Official position: _Clerk of Court_
       Employed at: _US Court of Appeals_
       Mailing address: _For the Eleventh Circuit._

(4)    Defendant's name: _____
       Official position: _____
       Employed at: _____
       Mailing address: _____

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

2

## III.   STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  Do not make any legal arguments or cite to any cases or statutes.  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

(1) See case 3:16cv457MCR-GRJ with months of torture and Intimidation around Gate Security with Sexual battery, harassment, degradation, theft of phone and services with at least 1 4-5 Internal complaints filed in person at 1700 Leonard St. Escambia county Sheriffs Department.

(2) Phone call through the Department of Children and families, by Ms. Morgan asking me to petition the video evidence by the Governors request. (last week)

(3) Obstruction to Justice in this case, with clerk Refusal to file after being told on the phone by Julie A. Cohen how to file these cases. Obstruction to Justice through concealment and sending back documents with my father's image through Apartheid of service. Letter States "Motion to resubmit due to continued harassment, request by Governor for video evidence, see case 3:16 cv457-MCR/GRJ. Documents will be sent to the Department of Justice. FBI would not come to the door today. Language should be close enough due to shipping cost. Packets with Appeals 16-15865JJ/16-15843 JJ illegally Stamped and returned via USmail.

## IV.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

① 18 USC 2074 Clerk Refusal to file

② 18 USC 241, 242

③ War Crimes Act 2441

④ Civil Rights Act 1964 title II harassment, segregation of Rights.
All relevant Geneva Convention and apartheid laws. Promotion of degradation and Harm by US Courts with no 4th or 14th Amendment rights through unequal protection.
Problems with Destruction of evidence also in USAH.

## V.    RELIEF REQUESTED:

All filmed by PPD, Destroying Documents through Securities Harassment.

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Punitive damages through Obstruction to Justice to promote Apartheid of Rights.
Two million to stop State Terrorism and racial exclusion to rights to promote Elder Abuse of US of US Navy family thru degradation of citizenship/ Conspiracy to Destroy. See, OK, FL, See possible Military tribunals.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

December 7, 2016
_____
(Date)

Gaylynn Delele Brewn
_____
(Signature of Plaintiff)

Revised 07/02

4